UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BENNIE F.,

Plaintiff,

v.

FRANK BISIGNANO,
*Commissioner of Social Security*,

Defendant.

Civil No. 2:25cv481

**FINAL ORDER**

Plaintiff Bennie F. ("Plaintiff") filed this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision of Defendant Frank Bisignano, *Commissioner of Social Security* ("the Commissioner"), denying Plaintiff's claim for disability insurance benefits and supplemental security income under the Social Security Act. Compl., ECF No. 1. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, and by Order dated November 19, 2025 (ECF No. 10), this matter was referred to United States Magistrate Judge Lawrence R. Leonard for a Report and Recommendation ("R&R").

On December 16, 2025, Plaintiff filed his brief in support of reversal and remand of the Commissioner's decision denying benefits. Br., ECF No. 12. On January 14, 2026, the Defendant filed a brief in support of the Commissioner's decision denying benefits. Br., ECF No. 13. On January 27, 2026, Plaintiff filed a reply. Reply, ECF

No. 14.

On July 10, 2026, Judge Leonard issued an R&R recommending that the final decision of the Commissioner be affirmed and that this matter be dismissed with prejudice. R&R at 1, ECF No. 15. By copy of the report, each party was advised of their right to file written objections to the R&R within 14 days. *Id.* at 13–14.

The Court has received no objections to the R&R, and the time for filing the same has expired. "[I]n the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72, Advisory Committee's Note). Finding no clear error, the Court does hereby **ADOPT** and **APPROVE** the findings and recommendations set forth in the R&R (ECF No. 15). It is, therefore, **ORDERED** that the final decision of the Commissioner is **AFFIRMED** and this matter is **DISMISSED WITH PREJUDICE.**

The parties are **ADVISED** that an appeal from this Final Order may be commenced by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. This written notice must be received by the Clerk within sixty days from the date of this Final Order.

The Clerk is **REQUESTED** to provide a copy of this Order to all parties.

**IT IS SO ORDERED**.

/s/
Arenda L. Wright Allen
Senior United States District Judge

September 8, 2026
Norfolk, Virginia